IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DIRECTV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. 03-0257-CV-W-DW |
| ) | |
| JOHN MCELROY, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER

On September 22, 2005, the Court granted Plaintiff's Motion to Dismiss Defendant Rick Everhart with Prejudice (Doc. 79). Because no Defendants remain in this case, the Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED

    /s/ DEAN WHIPPLE

Dean Whipple
United States District Judge

DATE:  November 28, 2005